CITY OF SOUTH AMBOY v. ROBERT J. GASSAWAY, T/A GASSAWAY ENTERPRISES.

January 29, 1985.

Petition for certification granted.   (See 195 *N.J.Super.* 239)

BESSIE C. MASSON v. TRENTON BOARD OF EDUCATION.

January 29, 1985.

Petition for certification denied.

GERALD P. BOSWELL v. MAYOR AND COUNCIL OF THE BOROUGH OF PRINCETON, AND NASSAU INN CORP.

January 29, 1985.

Petition for certification denied.

ROCCO SORRENTINO, JR., AN INFANT BY HIS GUARDIAN AD LITEM, ANTHONY D. SORRENTINO v. ROCCO SORRENTINO, SR. AND DIANE SORRENTINO.

January 29, 1985.

Petition for certification denied.